

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/09/2023
```

**Via ECF**
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
01/09/2023

January 9, 2023

      Re:    *Dicks v. Dinosaur Designs (USA) Pty Ltd.*
              Case No. 1:22-cv-8144-PAE-KHP

Dear Magistrate Judge Parker:

      Plaintiff submits this letter-motion, respectfully, to seek an adjournment of the initial pretrial conference *sine dine*. The initial pretrial conference is currently scheduled to take place in-person on January 12, 2023. However, the Clerk issued a Certificate of Default on December 19, 2022 (Dkt. No. 10). As such, Plaintiff intends on seeking a default judgment within thirty days. As Plaintiff has not been in communication with the Defendant herein at all, Plaintiff maintains that the initial conference is unnecessary at this time, respectfully.

      Plaintiff thanks the Court for its attention and consideration herein.

                                              **Respectfully and sincerely,**

                                             **/s/ Mars Khaimov, Esq.**

