USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

VALERIE DICKS, on behalf of herself and all others similarly situated,

                        Plaintiff,            **22-CV-8144 (PAE) (KHP)**

      -against-                                  **SCHEDULING ORDER**

DINOSAUR DESIGNS (U.S.A.) Pty Ltd,

                        Defendant.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

    On March 6, 2023, the Court issued an order directing Plaintiff to file and serve, by April 5, 2023, a memorandum of law in support of its motion for default judgment that includes proposed findings of fact and conclusions of law concerning damages and any other requested relief. (ECF No. 17). Plaintiff did not file a memorandum of law or any supporting papers by April 5, 2023. The Court grants Plaintiff an extension nunc pro tunc until **Friday, April 14, 2023** to file and serve on Defendants a memorandum of law and supporting papers. Plaintiff shall review the Order at ECF No. 17 for further direction on what should be included in its papers.

    The deadline for any response by Defendant is extended to **Friday, May 12, 2023**.

    SO ORDERED.

DATED:    New York, New York
               April 7, 2023

                                                 _/s/ Katharine H. Parker_
                                                 KATHARINE H. PARKER
                                                 United States Magistrate Judge