UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALERIE DICKS on behalf of herself
and all others similarly situated,

            Plaintiffs,

-against-

DINOSAUR DESIGNS (U.S.A.) PTY LTD,

            Defendant.

Case No. 1:22-cv-8144

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
              May 31, 2023

Respectfully Submitted,

/s/ Mars Khaimov

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge
June 1, 2023

By:    Mars Khaimov, Esq.
        108-26 64th avenue, Second Floor
        Forest Hills, New York 11375
        Tel (929) 324-0717
        Fax (929) 333-7774
        Email: mars@khaimovlaw.com
        *Attorney for Plaintiff*